No. 02–5717. NEASE v. MOORE, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–5720. RANDALL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5721. RUIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5722. SMITH v. HEIMER ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–5723. SLOTE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5724. SIERRA-CARRENO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5725. PARAFAN-HOMEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5730. SCOTT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5731. RUSSELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5734. BALDWIN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–5736. MELENDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5738. LONDON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5739. MARQUEZ v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–5741. TAYLOR v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.